UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN ABREU,<br><br>      Plaintiff(s),<br><br>   v.<br><br>CITY OF NEW YORK, et al.,<br><br>      Defendant(s). | 23 Civ. 3814 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued November 3, 2023, scheduled an initial pretrial conference in this matter for January 17, 2024, and required the parties to file a joint status letter and proposed case management plan by January 10, 2024.  *See* Dkt. No. 5.  No such materials were filed.

  It is hereby **ORDERED** that the parties shall file the required joint status letter and proposed case management plan as soon as possible and no later than **January 12, 2024.**

  SO ORDERED.

Dated: January 11, 2024
    New York, New York

                    DALE E. HO
                    United States District Judge