UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN ABREU,

                Plaintiff,

v.

CITY OF NEW YORK, et al.,

                Defendants.

23 Civ. 3814 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

    An order issued January 16, 2024, adjourned the initial pretrial conference in this matter *sine die*, so the parties could go to mediation. *See* ECF No. 20. That order also directed the parties to file a status letter within seven (7) days of any mediation, either stating that the matter was resolved or, if not, proposing next steps. *See id.* On April 3, 2024, the parties filed a letter regarding Defendant City of New York's deadline to answer, move, or otherwise respond to the Complaint. *See* ECF No. 21. The letter stated that the parties had conferred regarding a contemplated motion to dismiss and potential amendment of the Complaint. *See id.* An order issued the same day granted Defendants an extension of time to respond to the Complaint, to April 29, 2024. *See* ECF No. 22. Defendants did not file any answer or motion to dismiss.

    It is hereby **ORDERED** that the parties shall file a joint status letter by **May 10, 2024,** regarding the status of mediation, Defendants' response to the Complaint, any amendments to the Complaint, and any other information necessary to facilitate resolution of this case.

    SO ORDERED.

Dated: May 6, 2024
       New York, New York

                                                    DALE E. HO
                                          United States District Judge