UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN ABREU,

                              Plaintiff,

         v.

CITY OF NEW YORK, et al.,

                              Defendants.

23 Civ. 3814 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

An order issued May 13, 2024, adopted the parties' proposed briefing schedule for Defendants' anticipated motion to dismiss, which called for the motion to be filed on June 18, 2024. *See* ECF No. 25. On June 14, 2024, Defendants moved for an extension to July 2, 2024. *See* ECF No. 26. An order issued June 17, 2024, granted this request. *See* ECF No. 27. On July 1, 2024, Defendants moved for a further extension to July 16, 2024. *See* ECF No. 28. An order issued July 2, 2024, granted this request and stated that "[n]o further extensions of briefing will be granted absent a showing of compelling circumstances." *See* ECF No. 29. No motion to dismiss was filed on July 16, 2024.

It is hereby **ORDERED** that Defendants shall file their motion to dismiss as soon as possible and no later than **July 22, 2024.** The parties are apprised that failure to comply with Court orders may result in sanctions.

SO ORDERED.

Dated: July 17, 2024
       New York, New York

                                                    _____
                                                          DALE E. HO
                                                    United States District Judge